UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                 Originating Case No. 3:20-CR-42-08
                                 Case No. 21-30361

v.

**LILLIAN LEE**

    **aka Chasity Smith**
    **aka Let Let**
    **aka Lele**,

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant **LILLIAN LEE** to answer to charges pending in another federal district, and states:

1.    On or about July 22, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of North Dakota based on an Order of the Court-Failure to Appear.

1

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

s/Mark Chasteen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
mark.chasteen@usdoj.gov
(313) 226-9555

Date:   July 22, 2021